SCOTT SEABAUGH (SBN 138520)
Attorney at Law
75 E. Santa Clara St., Suite 1400
San Jose, CA  95113
Tel: (408) 298-6647
Fax: (408) 298-6640

*Attorney for Plaintiff*
RODNEY ROBISON

ADRIENNE C. PUBLICOVER  (SBN 161432)
Adrienne.Publicover@wilsonelser.com
CHARAN M. HIGBEE (SBN 148293)
Charan.Higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ROBISON,<br><br>           Plaintiff,<br><br>      v.<br><br>CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 through 100,<br><br>           Defendants. | CASE NO. 3:15-cv-01331-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:      June 24, 2015<br>Time:      2:00 p.m.<br>Location: Courtroom 9<br>Judge:     Jon S. Tigar |

**IT IS HEREBY STIPULATED,** by and between plaintiff Rodney Robison ("plaintiff") and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. A Case Management Conference has been scheduled in this case for June 24, 2015 at

1  2:00 p.m. pursuant to Doc. No. 11 filed in this case;

2      2. Adrienne C. Publicover is lead trial counsel for LINA;

3      3. Ms. Publicover has a vacation to Europe scheduled for June 23, 2015 through July 4, 2015 and therefore is unavailable to attend the Case Management Conference on June 24, 2015;

    4. The next available date for lead trial counsel for both parties is August 19, 2015;

    5. Plaintiff and LINA agree that the Case Management Conference may be continued to August 19, 2015 at 2:00 p.m. in order that Ms. Publicover can attend the conference; and

    6. The deadline for filing the Joint Case Management Statement also shall be continued to August 7, 2015.

Date: May 27, 2015

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: May 27, 2015

ATTORNEY AT LAW

By: /s/
SCOTT SEABAUGH
Attorneys for Plaintiff
RODNEY ROBISON

FILER'S ATTESTATION

I, Adrienne C. Publicover, am the ECF user whose identification and password are being used to file Plaintiff Rodney Robison and Defendant Life Insurance Company of North America's Stipulation to Continue Case Management Conference. In compliance with Local Rule 5-1, I hereby attest that Scott Seabaugh, Esq. concurs in this filing.

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**PURSUANT TO STIPULATION, IT IS ORDERED**:

1. The Case Management Conference in this matter is continued from June 24, 2015 at 2:00 p.m. to August 19, 2015 at 2:00 p.m.; and

2. The Joint Case Management Conference Statement now is due on or before August 7, 2015.

Date: _____May 28_____, 2015          By: _____
                                          HON.
                                          UNITED STATES DISTRICT JUDGE



STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: 3:15-cv-01331-JST

1384008v.1