UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ROBISON,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 15-cv-01331-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 24 |

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 24. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 21, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge