UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ROBISON,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 15-cv-01331-JST<br><br>**ORDER VACATING TRIAL DATE**<br><br>Re: ECF No. 36 |

On May 3, 2016, the Court granted Defendant's Motion for Summary Judgment. ECF No. 36. Accordingly, the Court will vacate the trial date, currently scheduled for May 24, 2016.

The Court orders Defendant to provide Plaintiff with a form of proposed judgment by May 11, 2016. Plaintiff will then have five court days from the receipt of the proposed judgment to either approve it as to form or object to it. If Plaintiff approves the proposed judgment, Defendant shall file the proposed judgment with Plaintiff's counsel's signature, indicating Plaintiff's approval. If Plaintiff objects, Defendant shall file the proposed judgment along with Plaintiff's objections, which are not to exceed five pages. Defendant may also file a response to Plaintiff's objections, which response shall not exceed five pages. That filing is due five court days after Plaintiff's objections are due.

If Plaintiff neither approves the form of order nor serves objections on Defendant, the Court will sign the proposed judgment in the form provided by Defendant.

IT IS SO ORDERED.

Dated: May 4, 2016

                                                    JON S. TIGAR
                                            United States District Judge